ELIZABETH FREDERICK and Others, Respondents, v. DUGAN BROS., INC., Appellant.— Order entered August 30, 1933, so far as appealed from modified by granting item 4, and as so modified affirmed, without costs. Order entered November 9, 1933, affirmed. The bill of particulars to be served within ten days from service

of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.